## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

### Richard James CONFAIR, Respondent.

#### No. 441 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

July 7, 1998.

### ORDER

PER CURIAM:

AND NOW, this 7th day of July, 1998, upon consideration of the recommendation of the Disciplinary Board dated June 9, 1998, it is hereby

ORDERED that Richard James Confair is placed on temporary suspension pursuant to Rule 208(f), Pa.R.D.E., until further definitive action by this Court. It is further ORDERED that respondent shall comply with the provisions of Rule 217, Pa.R.D.E.

This Order constitutes an imposition of public discipline within the meaning of Rule 402, Pa.R.D.E., pertaining to confidentiality.

■

## COMMONWEALTH of Pennsylvania, Petitioner,

v.

### Bryan Sean GALVIN, Respondent.

Supreme Court of Pennsylvania.

July 8, 1998.

### ORDER

PER CURIAM:

AND NOW this 8th day of July, 1998, it is hereby ordered that the prothonotary accept the Petition for Allowance of Appeal which was mailed on October 17, 1997, as having been timely filed under Pa.R.A.P. 1112. The Petition for Allowance of Appeal was deposited with the Post Office within the required thirty days by "priority metered mail," which is a subclass of "first-class mail" under the applicable federal postal regulations. *See* 39 C.F.R. part 3001, App. A, Subpart C.; *see also* 39 C.F.R. § 320.6. Consequently, the Petition for Allowance of Appeal was timely filed.

■

## Robert J. JONES, Administrator of Estate of Christine Jones, Decedent; Susan Zavar; Kimberly Jones; Neal R. Jones (Minor), Appellants,

v.

### PENNSYLVANIA STATE POLICE, Appellee.

Supreme Court of Pennsylvania.

July 21, 1998.

### ORDER

PER CURIAM:

AND NOW, this 21 st day of July, 1998, the order of the Commonwealth Court is hereby affirmed.